PAULA VON TILL POTTS, PLAINTIFF-PETITIONER, v. WILLIAM BRYCE THOMPSON, IV, DEFENDANT-RE-SPONDENT.

*Mr. Theodore D. Vreeland* for the petitioner.

*Mr. John Francis Cannon* for the respondent.

September 19, 1960.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LOUIS B. SAPERSTEIN, *ET AL.*, DEFENDANTS-PETI-TIONERS.

*Messrs. Van Riper & Belmont* for the petitioners.

*Mr. Brendan Byrne* and *Mr. John F. Crane* for the respondent.

September 12, 1960.   Denied.